No. 11–8111. MACKAY v. KEENAN MERCEDES BENZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8115. MCNAUGHTON v. AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–8117. BRANCH v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–8119. STORK v. MCKINLEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–8121. JOHNSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 11–8122. KEELING v. STURM. Sup. Ct. Pa. Certiorari denied.

No. 11–8123. JAMESON v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 11–8126. HOLMES v. VAZQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8128. FLORES v. HOREL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8129. CASEY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–8131. JACKSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8137. DIXON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–8139. GORDON v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–8142. PERKINS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 11–8148. THOMPSON v. COLORADO. Ct. App. Colo. Certiorari denied.